IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **MICHAEL ANDREW FONTICOBA,** | : | **PRISONER HABEAS CORPUS** |
| | : | **28 U.S.C. § 2254** |
| **GDC ID # 1090155,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| **FREDRICK HEAD, Warden,** | : | **CIVIL ACTION NO.** |
| Respondent. | : | **1:15-CV-3830-WSD-AJB** |

**UNITED STATES MAGISTRATE JUDGE'S
FINAL REPORT AND RECOMMENDATION**

Petitioner, Michael Andrew Fonticoba, confined in the Riverbend Correctional Facility in Milledgeville, Georgia, challenges via 28 U.S.C. § 2254 his October 16, 2007, Cobb County convictions. [Doc. 1 at 1.] On January 29, 2016, the undersigned issued an Order allowing Petitioner to submit an amended § 2254 petition within thirty (30) days. [Doc. 8 at 2-3.] The undersigned advised Petitioner that failure to comply with that Order could result in the dismissal of this action. [*Id.* at 3.]

The time period for Petitioner's compliance having expired, the matter again is before the Court. As of March 24, 2016, the records of the Clerk of Court indicate that Petitioner has not submitted an amended § 2254 petition. It is therefore **RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE**, due

to Petitioner's failure to comply with a lawful order of the Court. N.D. Ga. R. 41.3A(2); *see also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("dismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion"); *Gratton v. Great Am. Commc'ns*, 178 F.3d 1373, 1374 (11th Cir. 1999) (per curiam) (same); *Heard v. Nix*, 170 Fed. Appx. 618, 619 (11th Cir. Feb. 23, 2006) (per curiam) (affirming dismissal under N.D. Ga. R. 41.3 and Federal Rule of Civil Procedure 41(b) for failure to comply with court order).

The Clerk is **DIRECTED** to terminate the referral to the undersigned.

**IT IS SO RECOMMENDED and DIRECTED**, this   24th   day of March, 2016.

ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)