IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ANDREW
FONTICOBA,

        Petitioner,

v.                                     1:15-cv-3830-WSD

WARDEN FREDRICK HEAD and
COMMISSIONER HOMER
BRYSON,

        Respondents.

**OPINION AND ORDER**

This matter is before the Court on Magistrate Judge Alan J. Baverman's Final Report and Recommendation [9] ("R&R"). The R&R recommends dismissal of this action for failure to comply with a lawful order of the Court.

**I.     BACKGROUND**

On November 2, 2015, Petitioner Michael Andrew Fonticoba ("Petitioner"), confined in the Riverbend Correctional Facility in Milledgeville, Georgia, filed his petition for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner challenges his October 16, 2007, Cobb County convictions.

On January 29, 2016, the Magistrate Judge issued an Order [8] allowing Petitioner to submit, within thirty (30) days, an amended Section 2254 petition.

The Magistrate Judge advised Petitioner that failure to comply with the Order could result in dismissal of this action.  ([8] at 3).

Petitioner failed to comply with the Order.  On March 24, 2016, the Magistrate Judge issued his R&R.  The R&R recommends dismissal of this action for failure to comply with a lawful order of the Court.  Petitioner did not object to the R&R, and has not otherwise taken any action in this case.

## II.     DISCUSSION

### A.     Legal Standard

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  No party objects to the R&R, and the Court thus conducts a plain error review of the record.  See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).

### B.     Analysis

Under Local Rule 41.3(A)(2), "[t]he court may, with or without notice to the parties, dismiss a civil case for want of prosecution if: . . . [a] plaintiff . . . shall, after notice, . . . fail or refuse to obey a lawful order of the court in the case."  LR 41.3(A)(2), NDGa.

Plaintiff failed to comply with the Magistrate Judge's Order after being advised that failure to comply may result in dismissal of this action.  The Court finds no plain error in the Magistrate Judge's recommendation that this action be dismissed for failure to comply with a lawful order of the Court.  See Slay, 714 F.2d at 1095.

### III. CONCLUSION

For the foregoing reasons,

**IT IS HEREBY ORDERED** that Magistrate Judge Alan J. Baverman's Final Report and Recommendation [9] is **ADOPTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSSED WITHOUT PREJUDICE**.

**SO ORDERED** this 28th day of April, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE